## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| XHOSA BUFFINGTON, | : | CIVIL ACTION NO. |
| BOP Reg. # 63913-019, | : | 1:14-CV-1147-SCJ-JSA |
| Movant, | : | |
| | : | CRIMINAL ACTION NO. |
| v. | : | 1:12-CR-223-SCJ-JSA-6 |
| | : | |
| UNITED STATES OF AMERICA, | : | MOTION TO VACATE |
| Respondent. | : | 28 U.S.C. § 2255 |

## <u>MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION</u>

On April 17, 2014, the Clerk docketed Movant's 28 U.S.C. § 2255 motion to vacate her sentence. (Doc. 238). On May 8, the Clerk docketed Movant's Voluntary Dismissal Without Prejudice, "respectfully and voluntarily dismissing . . . this action . . . under Fed. [R. Civ. P.] 41(a)." (Doc. 241). Upon receipt of the notice of voluntary dismissal, the Clerk closed the civil case that was opened when Movant filed her § 2255 motion. *See Buffington v. United States*, No. 1:14-CV-1147 (N.D. Ga. May 9, 2014).

Although a Clerk of Court generally has the authority to close a civil case without a court order upon the filing of a valid notice of voluntary dismissal, *see* Fed. R. Civ. P. 41(a)(1)(A), "a § 2255 proceeding is not a 'civil matter' for [all] purposes." *Brown v. United States*, Nos. 11-15149 & 12-10293, 2014 U.S. App. LEXIS 6340, at

*2 (11th Cir. Apr. 7, 2014) (holding that a "Magistrate Judge lack[s] the statutory authority to enter final judgment on [a] § 2255 motion").  Here, it appears that Movant has a direct appeal pending in the Eleventh Circuit (see Doc. 219), which precludes her from proceeding at this time under 28 U.S.C. § 2255.  *See Blair v. United States*, 527 Fed. Appx. 838, 838-39 (11th Cir. 2013) (vacating district court order denying § 2255 motion because the movant's "direct appeal was pending at the time he filed his § 2255 motion to vacate, [and therefore] the district court did not have jurisdiction to consider it" absent "extraordinary circumstances").

**IT IS THEREFORE RECOMMENDED** that Movant's 28 U.S.C. § 2255 motion be **DISMISSED without prejudice**.

The Clerk is **DIRECTED** to withdraw the reference to the Magistrate Judge.

**SO RECOMMENDED** this 19th day of May, 2014.

JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE

2