IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| XHOSA BUFFINGTON,<br>BOP Reg. #63913-019.<br>    Movant, | : <br> : <br> : <br> : | CIVIL ACTION NO.<br>1-14-CV-1147-SCJ-JSA |
| v. | : <br> : <br> : | CRIMINAL ACTION NO.<br>1:12-CR-223-SCJ-JSA-6 |
| UNITED STATES OF AMERICA,<br>    Respondent. | : <br> : <br> : | |

## ORDER

This matter appears before the Court on the Magistrate Judge's Final Report and Recommendation (Doc. No. [242]) to which no objections have been filed. After reviewing the Report and Recommendation, it is received with approval and **ADOPTED** as the opinions and orders of this Court. Movant's 28 U.S.C. § 2255 motion (Doc. No. [238]) is hereby **DISMISSED without prejudice**.

IT IS SO ORDERED, this ___6th___ day of October, 2014.

_/s/ Steve C. Jones_
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE